No. 81–6560.  UNITED STATES EX REL. SIMMONS *v.* HILTON, SUPERINTENDENT, TRENTON STATE PRISON, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 81–6573.  HARRINGTON *v.* TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 81–6576.  KOURKENE *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal.  Certiorari denied.

No. 81–6647.  DANIELS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 81–6655.  WARD *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 81–6658.  THOMAS *v.* HAIG, SECRETARY OF STATE, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 81–6664.  GEORGE *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 81–6667.  CAMPBELL *v.* CIVILETTI ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–6671.  SCOTT *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 81–6672.  SMITH *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 81–6676.  HERNANDEZ *v.* UNITED STATES ATTORNEY GENERAL ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 81–1611.  MARKS *v.* MARKS.  Sup. Ct. N. M.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.